■ In the Matter of KARL B. CANAVAN, a Disbarred Attorney.—Motion for reconsideration and other related relief denied in all respects. Concur—Carro, J. P., Ellerin, Ross, Kassal and Rubin, JJ.